AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| PER ANDREW BANNER | ) | Case No. |
| | ) | 1:18-mj-582 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

FILED DEC - 7 2018 CLERK U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 6, 2018  in the county of  Fairfax  in the
Eastern District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 32 C.F.R. § 1903.10(a) | Knowingly possess or cause to be present a weapon on an Agency installation. |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

SAUSA McKay Smith/AUSA Rosanne C. Haney

*Complainant's signature*

Michael Digennaro, Officer, CIA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  12/7/18

/s/ Michael S. Nachmanoff
United States Magistrate Judge
*Judge's signature*

City and state:  Alexandria, VA      Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
*Printed name and title*