IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:18-mj-582 |
| PER ANDREW BANNER, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Officer Michael Digennaro, being duly sworn, state the following:

1. I entered on duty with the Security Protective Service ("SPS") of the Central Intelligence Agency ("CIA") in January 2018. I graduated from the Federal Law Enforcement Training Center ("FLETC") in June 2018. At FLETC, I was a member of Uniformed Police Training Program Class #812. Following my graduation, I received an additional eight weeks of CIA-specific training prior to being assigned as an officer at the CIA Headquarters in McLean, Virginia.

2. This affidavit is submitted in support of a criminal complaint charging PER ANDREW BANNER with knowingly possessing or causing to be present a weapon on an Agency installation in violation of 32 C.F.R. § 1903.10(a).

3. The facts and information contained in this affidavit are based upon my personal knowledge and observations during the course of this investigation, information conveyed to me by other individuals, including law enforcement officers, and my review of records, documents, and other physical evidence obtained during the investigation. This affidavit contains information

1

necessary to support probable cause, and it is not intended to include each and every fact and matter observed by me or known to the government.

4. On or about December 6, 2018, at approximately 11:45 a.m., CIA SPS Officers encountered a 2011 Grey Dodge Caliber bearing Florida plates as it entered CIA property located at the George Bush Center for Intelligence in McLean, Virginia, within the Eastern District of Virginia. Upon approach to the main entrance of CIA Headquarters, the vehicle drove past a sign which read in relevant part:

"PROHIBITED

WEAPONS OF ANY KIND

FIREARMS AND AMMUNITION."

5. In addition to other signage, the vehicle drove past two signs which stated, "Restricted Area" and "Turn Around[.]" These signs were posted adjacent to two separate turnaround areas permitting individuals who were on the compound without authorization to make a U-turn and exit the compound.

6. Upon reaching the main entrance, the defendant entered the Visitor Control Center parking lot, and stated that he was visiting the installation to visit his aunt, who the defendant claimed was employed at CIA headquarters. The defendant then parked and SPS Officers approached his vehicle. After determining that the defendant was not an authorized visitor, officers asked the defendant to produce identification. The defendant produced his Florida driver's license, and upon a search of records, officers determined that the defendant was previously warned for trespassing and cited for possessing a weapon on an Agency installation without authorization on September 19, 2018.

7. While inspecting the outside of the vehicle, officers identified what appeared to be

the buttstock of a rifle in rear portion of the defendant's vehicle. Officers then ordered the defendant out of his vehicle and asked if there were any firearms in the vehicle. The defendant responded affirmatively. Officers then conducted a search of the interior of the vehicle, which yielded a 9mm pistol found in the glovebox, a .223 caliber Ruger Mini-14 rifle found in the rear of the vehicle, in excess of 100 rounds of ammunition for the rifle and pistol, two magazines for the rifle, two magazines for the pistol, a 6-inch fixed-blade knife, drug paraphernalia, and medications prescribed to a person other than the defendant. Officers also found a valid concealed firearms carry permit in the defendant's vehicle.

8. Based on the foregoing, I submit there is probable cause to believe that on or about December 6, 2018, within the Eastern District of Virginia, PER ANDREW BANNER did knowingly possess or cause to be present a weapon on an Agency installation, in violation of 32 C.F.R. § 1903.10(a)

Officer Michael Digennaro
Security Protective Service
Central Intelligence Agency

Subscribed and sworn to before me
This 7th day of December 2018.

_____/s/_____
Michael S. Nachmanoff
United States Magistrate Judge
Honorable Michael S. Nachmanoff
United States Magistrate Judge
Alexandria, Virginia

3